# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trinity Warner, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>　　　　　Defendant. | **NO. CV-15-01212-PHX-GMS (LEAD CASE)**<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>**Consolidated With:**<br>No. CV-16-01888-PHX-GMS<br>No. CV-16-01883-PHX-GMS<br>No. CV-16-01879-PHX-GMS<br>No. CV-16-01877-PHX-GMS<br>No. CV-16-01847-PHX-GMS<br>No. CV-16-01727-PHX-GMS<br>No. CV-16-01834-PHX-GMS<br>No. CV-16-01824-PHX-GMS<br>No. CV-16-01825-PHX-GMS<br>No. CV-16-01728-PHX-GMS<br>No. CV-16-01890-PHX-GMS<br>No. CV-16-01844-PHX-GMS<br>No. CV-16-01731-PHX-GMS<br>No. CV-16-01729-PHX-GMS<br>No. CV-16-01730-PHX-GMS<br>No. CV-16-01845-PHX-GMS<br>No. CV-16-01833-PHX-GMS<br>No. CV-16-00660-PHX-GMS<br>No. CV-16-00661-PHX-GMS<br>No. CV-16-00663-PHX-GMS<br>No. CV-16-00665-PHX-GMS<br>No. CV-16-00666-PHX-GMS<br>No. CV-16-00667-PHX-GMS<br>No. CV-16-01039-PHX-GMS<br>No. CV-16-02987-PHX-GMS<br>No. CV-16-03038-PHX-GMS<br>No. CV-16-03039-PHX-GMS<br>No. CV-16-03040-PHX-GMS |

1
2
3
4

No. CV-16-03041-PHX-GMS
No. CV-16-03005-PHX-GMS

5  **Decision by Court.** This action came for consideration before the Court. The
6  issues have been considered and a decision has been rendered.

7  **IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed
8  August 17, 2017, which granted the Motion for Summary Judgment, judgment is entered
9  in favor of Experian Information Solutions, Inc. and against each Plaintiff in this
10 consolidated matter.

11
12

Brian D. Karth
District Court Executive/Clerk of Court

13 August 17, 2017

14
15

By

s/ Katrina Smith
Deputy Clerk

16
17
18
19
20
21
22
23
24
25
26
27
28